1082

[No. 33195-7-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00230-7, Jo Ann Alumbaugh, J., entered July 19, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33025-0-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL WORTHY III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07422-9, James D. McCutcheon, Jr., J., entered July 6, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33877-3-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC DYSERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06355-7, Anthony P. Wartnik, J., entered December 14, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33906-1-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY EUGENE PARIS FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06823-5, Frank L. Sullivan, J., entered January 4, 1994. *Affirmed* by unpublished per curiam opinion.